UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CLENANT NICKLES (#131849)

VERSUS

BURL CAIN

CIVIL ACTION

NO. 14-501-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable

to this action, and the Supplemental Report and Recommendation of United States

Magistrate Judge Stephen C. Riedlinger, dated March 4, 2015 (doc. no. 8) to which

no objection has been filed.

The court hereby approves the report and recommendation of the magistrate

judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's

complaint is dismissed, without prejudice, for failure to pay the court's filing fee.

Baton Rouge, Louisiana, this 24 day of March, 2015.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA